someone with prior criminal charges or convictions. Defendant's claims of pretext went only to the criminal activity issue. They were, therefore, insufficient to demonstrate pretext in a case where other legally sufficient reasons were given and accepted by the trial court. Defendant is obligated to demonstrate pretext. *State v. Antwine,* 743 S.W.2d 51, 64 (Mo. banc 1987). Where sufficient reasons are given and there is no claim of pretext to rebut them, the ruling denying relief is not erroneous.

We affirm denial of *Batson* motion contesting the composition of the jury.

CRANE, P.J., and CRAHAN, J., concur.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion for postconviction relief after an evidentiary hearing. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

---

Marlow **HODGES**, Defendant/Appellant,

v.

**STATE** of Missouri, Plaintiff/Respondent.

No. 65132.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 2, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1994.

Robert G. Costantinou, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and CRIST and CRAHAN, JJ.

**In re the Marriage of Lynne
C. ORGEL,** Appellant,

v.

**Stuart M. ORGEL,** Respondent.

**Stuart M. ORGEL,** Cross–Appellant,

v.

**Lynne C. ORGEL,** Respondent.

Nos. 63890, 63889.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 2, 1994.

Allan H. Zerman, Cary J. Mogerman, Clayton, for appellant.

Susan M. Hais, James P. Carmody, Clayton, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.